UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA;
STATE OF CALIFORNIA;
STATE OF COLORODO;
STATE OF CONNECTICUT;
STATE OF DELAWARE;
STATE OF FLORIDA;
STATE OF GEORGIA;
STATE OF ILLINOIS;
STATE OF INDIANA;
STATE OF LOUISIANA;
STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS;
STATE OF MICHIGAN;
STATE OF MONTANA;
STATE OF NEVADA;
STATE OF NEW JERSEY;
STATE OF NEW YORK;
STATE OF NORTH CAROLINA;
STATE OF OKLAHOMA;
STATE OF RHODE ISLAND;
STATE OF TENNESSEE;
STATE OF TEXAS;
COMMONWEALTH OF VIRGINIA;
STATE OF WISCONSIN;
DISTRICT OF COLUMBIA;
NEW YORK, NEW YORK;
CHICAGO, ILLINOIS,
*ex rel.* JANE DOE,
         Plaintiffs,

   v.

CVS CAREMARK,
         Defendant.
------------------------------------------------------------ x

FILED UNDER SEAL

13 Civ. 4580 (RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/16

PROPOSED ORDER

      The United States having declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by the relator in

the above-captioned action; the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Louisiana, Maryland, Massachusetts, Michigan, Montana, Nevada, New Jersey, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, the District of Columbia, the cities of New York, New York, and Chicago, Illinois (collectively, the "States"), having similarly declined to intervene pursuant to their respective false claims acts with respect to the claims raised in the relator's Complaint; the relator having filed a Notice of Voluntary Dismissal; and the United States and the States having consented to dismissal with prejudice as to relator and without prejudice as to the United States and the States,

IT IS ORDERED THAT:

1. The Complaint is dismissed with prejudice to relator and without prejudice as to the United States and the States.
2. The Complaint, this Order and the Notice of Election to Intervene or Decline to Intervene in this Action shall be unsealed forthwith.
3. Except for the documents specified in paragraph 2 of this Order, all other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: New York, New York
February 11, 2016

SO ORDERED:

_____
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE